[No. 7825-9-I. Division One. December 8, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL ROSCOE BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86889, James J. Dore, J., entered July 18, 1979.

*Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.